UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNETTE SANCHEZ, individually and as Guardian ad litem for JOHN DOE, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, NANCY BEDROW, individually and as an employee of the Washoe County School District, MRS. NUNEZ, individually and as an employee of the Washoe County School District, DOES I-X,<br><br>Defendants.<br>_____/ | Case No. 3:08-cv-00483-LRH-RAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT; ORDER**<br><br>(FIRST REQUEST) |

The parties to this action, by and through their undersigned counsel of record, hereby stipulate that Defendants Washoe County School District, Nancy Bedrow, and Mrs. Nunez, shall be granted a three (3) day extension of time to respond to Plaintiffs' First Amended Complaint (which was filed on December 31, 2008), from Tuesday, January 20, 2009, to on or before Friday, January 23, 2009.  LR 6-1(d).

AUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

1  This is the first request for a brief extension of time within which to file Defendants'
2  response to the First Amended Complaint. This extension is requested by defense counsel pending
3  receipt of additional background materials, and is not for purposes of delay.
4  DATED this 16th day of January, 2009.

ERICKSON, THORPE & SWAINSTON         MAUPIN, COX & LeGOY

By:_____          By: /s/ C. Robert Cox
   Thomas P. Beko, Esq., Bar #2653        C. Robert Cox, Esq.
   P. O. Box 3559                         Debra O. Waggoner, Esq.
   Reno, NV 89505                         Attorneys for Defendants
   (775) 786-3930
   Attorneys for Plaintiffs

1  This is the first request for a brief extension of time within which to file Defendants'
2  response to the First Amended Complaint. This extension is requested by defense counsel pending
3  receipt of additional background materials, and is not for purposes of delay.
4  DATED this 16th day of January, 2009.

ERICKSON, THORPE & SWAINSTON         MAUPIN, COX & LeGOY

By: _____        By: _____
Thomas P. Beko, Esq., Bar #2653          C. Robert Cox, Esq.
P. O. Box 3559                           Debra O. Waggoner, Esq.
Reno, NV 89505                           Attorneys for Defendants
(775) 786-3930
Attorneys for Plaintiffs

IT IS SO ORDERED nunc pro tunc this 26th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE